**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

MAR 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COALITION ON HOMELESSNESS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO; et al., <br><br> Defendants-Appellants. | No. 23-15087 <br><br> D.C. No. 4:22-cv-05502-DMR <br> Northern District of California, Oakland <br><br> ORDER |

The motion for an extension of time to file the answering brief (Docket Entry No. 23) is granted in part. The answering brief is due April 4, 2023. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT