

CITY AND COUNTY OF SAN FRANCISCO

DAVID CHIU
City Attorney

OFFICE OF THE CITY ATTORNEY

MIGUEL A. GRADILLA
Deputy City Attorney

Direct Dial: (415) 554-3870
Email: miguel.gradilla@sfcityatty.org

June 13, 2023

Molly Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re: *Coalition on Homelessness, et al., v. City and County of San Francisco, et al.*, No. 23-15087

Dear Ms. Dwyer:

We write to notify you of a recent development in the District Court in the above referenced matter. On May 25, 2023, Plaintiffs filed a Motion to Enforce the Preliminary Injunction. *Coalition on Homelessness, et al., v. City and County of San Francisco, et al.*, No. 4:22-cv-05502-DMR (N.D. Cal.) at Dkt. 130. On June 2, 2023, the parties stipulated to have Plaintiffs' Motion to Enforce heard on August 10, 2023. Three days later, the District Court ordered the hearing on that motion to be set for August 10.

Meanwhile, still pending before this Court are Defendants' appeal of the preliminary injunction issued in this matter and Defendants' motion to modify that preliminary injunction pending appeal. Plaintiffs' efforts to enforce the contested preliminary injunction add urgency to the resolution of those pending matters before this Court. While we appreciate the Court setting oral argument for August 23, 2023, we note that that date is two weeks after the hearing on Plaintiffs' Motion to Enforce in the District Court. Given the urgency, we urge the Court to act as expeditiously on Defendants' motion to modify the preliminary injunction pending appeal as possible, and, if possible, to act on that motion before Plaintiffs' Motion to Enforce is heard in the District Court on August 10, 2023.

Very truly yours,

DAVID CHIU
City Attorney

 */S/ MIGUEL A. GRADILLA*
MIGUEL A. GRADILLA
Deputy City Attorney

FOX PLAZA · 1390 MARKET STREET, 7TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 437-4644

n:\govlit\li2023\230239\01683522.docx

## **CERTIFICATE OF SERVICE**

I, SARAH L. GUTIERREZ, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on June 13, 2023.

### **LETTER DATED JUNE 13, 2023 TO 9TH CIRCUIT COURT RE: MOTION TO ENFORCE**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed June 13, 2023, at San Francisco, California.

*/S/ SARAH L. GUTIERREZ*
SARAH L. GUTIERREZ