

CITY AND COUNTY OF SAN FRANCISCO

DAVID CHIU
City Attorney

OFFICE OF THE CITY ATTORNEY

WAYNE SNODGRASS
Deputy City Attorney

Direct Dial: (415) 554-4675
Email: wayne.snodgrass@sfcityatty.org

August 1, 2023

Molly Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

> Re: *Coalition on Homelessness, et al., v. City and County of San Francisco, et al.*
> USCA Court No. 23-15087

Dear Ms. Dwyer:

We write to follow up on our letter of June 13, 2023 (Dkt. 69). In that letter we notified the Court that Plaintiffs in the above-referenced matter had recently filed a Motion to Enforce the Preliminary Injunction, and that the District Court had ordered the hearing on that motion to be set for August 10, 2023 – approximately two weeks before this Court will hear argument on Defendants' appeal of the preliminary injunction, and Defendants' motion to modify that preliminary injunction pending appeal, on August 23, 2023.

On July 27, 2023, the District Court continued the hearing date of Plaintiffs' Motion to Enforce the Preliminary Injunction to August 24, 2023. Plaintiffs' motion will thus be heard the day after this Court hears Defendants' motion to modify the preliminary injunction pending appeal, unless this Court grants defendants' motion at or before the Court hears that motion, and Defendants' appeal, on August 23, 2023.

Respectfully submitted,

DAVID CHIU
City Attorney

/s/*Wayne Snodgrass*

WAYNE SNODGRASS
Deputy City Attorney

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Letter to Molly Dwyer
Page 2
August 1, 2023

## **CERTIFICATE OF SERVICE**

I, HOLLY CHIN, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on August 1, 2023.

**LETTER DATED AUGUST 1, 2023 TO 9TH CIRCUIT COURT
RE: NEW HEARING DATE FOR MOTION TO ENFORCE**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed August 1, 2023, at San Francisco, California.

*/s/ Holly Chin*
HOLLY CHIN