| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 11 2023<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

COALITION ON HOMELESSNESS; et al.,

    Plaintiffs-Appellees,

 v.

CITY AND COUNTY OF SAN FRANCISCO; et al.,

    Defendants-Appellants.

No. 23-15087

D.C. No. 4:22-cv-05502-DMR
Northern District of California, Oakland

ORDER

At the oral argument, the parties should be prepared to address Appellants' motion for modification of the preliminary injunction, Dkt. #51.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT