

CITY AND COUNTY OF SAN FRANCISCO

DAVID CHIU
City Attorney

OFFICE OF THE CITY ATTORNEY

WAYNE SNODGRASS
Deputy City Attorney

Direct Dial:      (415) 554-4675
Email:  wayne.snodgrass@sfcityatty.org

August 16, 2023

**VIA ECF**

Molly C. Dwyer
Clerk of Court
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103

Re:  *Coalition on Homelessness, et al. v. City and County of San Francisco, et al.*
United States Court of Appeals for the Ninth Circuit, Case No. 23-15087

Dear Ms. Dwyer:

In this appeal, Appellees are represented by several counsel, including the American Civil
Liberties Union Foundation of Northern California. The parties learned Monday that the panel
for the oral argument in this appeal will consist of the Honorable Judge Bumatay, the Honorable
Judge Koh, and the Honorable Judge Desai. Documents on the internet suggest that Judge Desai
has a current, public endorsement on the website of the ACLU of Arizona. See Ex A, also
available at https://www.acluaz.org/en/why-im-a-member/roopali-h-desai.

Specifically, the ACLU of Arizona's website contains a picture of Judge Desai with a testimonial
that states, "I support the ACLU because the ACLU is committed to standing up for the rights
and civil liberties of all Americans and isn't [afraid] to do so even when it may be unpopular or
difficult." (Notably, the ACLU of Arizona is counsel for plaintiffs in *Fund for Empowerment v.
City of Phoenix*, 2:22-cv-02041 (D. Ariz.), which involves alleged violations of the constitutional
rights of people experiencing homelessness similar to those at issue in this appeal.)

Counsel for the City does not know whether Judge Desai is aware that her image and
endorsement of the ACLU appears on its website. Given the possibility that Judge Desai was
unaware of this posting, we respectfully write to bring this to the Court's attention as a possible
ground for recusal under 28 U.S.C. § 455(a). Section 455(a) provides that "[a]ny justice, judge,
or magistrate judge of the United States shall disqualify himself in any proceeding in which his
impartiality might reasonably be questioned." Recusal is appropriate when any circumstance
creates an appearance of partiality, even when actual bias does not exist. *Preston v. United
States*, 923 F.2d 731, 734 (9th Cir. 1991). Recusal may be required due to associations with
counsel in a case. *Id.*

CITY HALL · 1 DR. CARLTON B. GOODLETT PLACE · ROOM 234 · SAN FRANCISCO, CALIFORNIA 94102
RECEPTION:  (415) 554-4700 · FACSIMILE:  (415) 554-4699

n:\govlit\li2022\230239\01697673.docx

CITY AND COUNTY OF SAN FRANCISCO                    OFFICE OF THE CITY ATTORNEY

Letter to Molly C. Dwyer
Page 2
August 16, 2023


We understand that recusal is a question for judges to decide for themselves.  28 USC § 455(a);
Ninth Circuit General Order 3.2.i.  We bring this information to the Court's attention in case it
was previously unknown to the Court.

                                        Very truly yours,

                                        DAVID CHIU
                                        City Attorney

                                        /s/*Wayne Snodgrass*

                                        Wayne Snodgrass
                                        Deputy City Attorney

Enclosure

# EXHIBIT A

ACLU of Arizona                                    **Menu**        **Donate**

# I SUPPORT THE ACLU BECAUSE...



**NAME**
Roopali H. Desai

**CITY**
Phoenix

**OCCUPATION**
Attorney

**MEMBER SINCE**
2013

I support the ACLU because the ACLU is committed to standing up for the rights and civil liberties of all Americans and isn't afraid to do so even when it may be unpopular or difficult.

## <u>CERTIFICATE OF SERVICE</u>

       I, HOLLY CHIN, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECFsystem on August 16, 2023.

### AUGUST 16, 2023 LETTER TO CLERK OF THE COURT

       I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

       Executed August 16, 2023, at San Francisco, California.



*/s/ Holly Chin*
HOLLY CHIN

City Hall · 1 Dr. Carlton B. Goodlett Place · Room 234 · San Francisco, California 94102
Reception: (415) 554-4700 · Facsimile: (415) 554-4699