UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COALITION ON HOMELESSNESS, et al., <br><br> Appellees-Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Appellants-Defendants. | CASE NO. 23-15087 <br><br> **JOINT UPDATE OF THE PARTIES RE EFFORTS TO REACH AGREEMENT ON MOTION TO MODIFY PRELIMINARY INJUNCTION** <br><br> **RE: ECF NO. 85** |

    In response to the Court's Order dated August 29, 2023 (ECF No. 85), Plaintiffs-Appellees ("Plaintiffs") and Defendants-Appellants ("Defendants"), by and through their undersigned counsel, submit the following joint update to the Court regarding their efforts to reach agreement on the City and County's motion to modify the preliminary injunction pending appeal (ECF No. 51).

    Unfortunately, the parties have not been able to reach agreement. Each party's position is reflected in its respective August 29, 2023 letter to the Court. ECF Nos. 84 (Defendants' letter), 86 (Plaintiffs' letter).

Dated: September 1, 2023

Respectfully submitted,

By: _s/ Alfred C. Pfeiffer, Jr._

LATHAM & WATKINS LLP
Alfred C. Pfeiffer, Jr., SBN 120965*
505 Montgomery Street, Ste 2000

San Francisco, CA 94111
Telephone: (415) 391-0600
al.pfeiffer@lw.com

LATHAM & WATKINS LLP
Joseph H. Lee, SBN 248046
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
joseph.lee@lw.com

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS OF THE SAN FRANCISCO
BAY AREA
Zal K. Shroff, MJP 804620, *pro hac vice*
131 Steuart Street, Ste. 400
San Francisco, CA 94105
Telephone: (415) 543-9444
zshroff@lccrsf.org
edellapiana@lccrsf.org
hrood@lccrsf.org

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
John Thomas H. Do, SBN 285075
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 293-6333
jdo@aclunc.org

*Attorneys for Appellees-Plaintiffs Coalition on Homelessness, Toro Castaño, Sarah Cronk, Joshua Donohoe, Molique Frank, David Martinez, Teresa Sandoval, Nathaniel Vaughn*

\* I certify that parties listed below concur with the filing of this document.

DAVID CHIU
City Attorney
YVONNE R. MERÉ
WAYNE SNODGRASS
EDMUND T. WANG
KAITLYN M. MURPHY
MIGUEL A. GRADILLA
JOHN H. GEORGE
ZUZANA S. IKELS
Deputy City Attorneys

By: *s/ Wayne Snodgrass*
WAYNE SNODGRASS

Attorneys for Defendants and Appellants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; MAYOR LONDON BREED; SAM DODGE