No. 23-15087

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

COALITION ON HOMELESSNESS; TORO CASTAÑO; SARAH CRONK; JOSHUA DONOHOE; MOLIQUE FRANK; DAVID MARTINEZ; TERESA SANDOVAL; NATHANIEL VAUGHN,

*Plaintiffs-Appellees*

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of California
No. 4:22-cv-05502-DMR
Hon. Donna M. Ryu

## DEFENDANTS-APPELLANTS' MOTION TO WITHDRAW THEIR MOTION TO STAY ISSUANCE OF THE MANDATE AS MOOT

DAVID CHIU
City Attorney
YVONNE R. MERÉ
Chief Deputy City Attorney
TARA M. STEELEY
Chief of Appellate Litigation
DAVID S. LOUK
Deputy City Attorney

WAYNE SNODGRASS
KAITLYN M. MURPHY
EDMUND T. WANG
MIGUEL A. GRADILLA
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 335-3314 (Louk)
Facsimile: (415) 554-4699
Email: david.louk@sfcityatty.org

Attorneys for Appellants CITY AND COUNTY OF SAN FRANCISCO, et al.

On January 18, 2024, Defendants-Appellants filed a Motion for Extension of Time Within Which to File a Petition for Rehearing and/or Rehearing En Banc. *See* Motion to Extend Time to File Petition for Rehearing, ECF No. 97 ("Motion for Extension of Time"). That motion sought extension of the time to file any petition for rehearing and/or rehearing en banc until 21 days after the U.S. Supreme Court issues a decision in *City of Grants Pass v. Johnson*, No. 23-175. *See* Motion for Extension of Time 7.

The same day, out of an abundance of caution, Defendants-Appellants filed a Motion to Stay Issuance of the Mandate. *See* Motion to Stay the Mandate, ECF No. 96 ("Motion to Stay the Mandate"). That motion sought to stay issuance of the mandate until 28 days after the Supreme Court issues a decision in *City of Grants Pass*. *See* Motion to Stay the Mandate 6.

On January 25, 2024, this Court granted Defendants-Appellants' Motion for Extension of Time, *see* Order, ECF No. 98 ("Order"). This Court's Order granting that Motion moots Appellants' Motion to Stay the Mandate. This is because, pursuant to Federal Rule of Appellate Procedure 41(b), the mandate will not issue until 7 days after the time to file a petition for rehearing expires. The effect of this Court's Order is to extend the time that the mandate issues until 28 days after the Supreme Court issues a decision in *City of Grants Pass*, which is precisely the same relief Appellants sought in their Motion to Stay the Mandate. *See* Motion to Stay the Mandate 6.

/ /

/ / /

/ / /

Accordingly, out of respect for judicial economy and to preserve this Court's resources, Appellants respectfully move to withdraw as moot their Motion to Stay the Mandate.

Dated: January 29, 2024      Respectfully submitted,

DAVID CHIU
City Attorney
YVONNE R. MERÉ
TARA STEELEY
DAVID S. LOUK
WAYNE SNODGRASS
KAITLYN M. MURPHY
EDMUND T. WANG
MIGUEL A. GRADILLA
Deputy City Attorneys

By: /s/ *David S. Louk*
    DAVID S. LOUK

Attorneys for Defendants and Appellants
CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; SAN FRANCISCO DEPARTMENT OF HOMELESSNESS AND SUPPORTIVE HOUSING; SAN FRANCISCO FIRE DEPARTMENT; SAN FRANCISCO DEPARTMENT OF EMERGENCY MANAGEMENT; MAYOR LONDON BREED; SAM DODGE

# CERTIFICATE OF SERVICE

I, Pamela Cheeseborough, hereby certify that I electronically filed the following document with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on January 29, 2024.

### DEFENDANTS-APPELLANTS' MOTION TO WITHDRAW THEIR MOTION TO STAY ISSUANCE OF THE MANDATE AS MOOT

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed January 29, 2024, at San Francisco, California.

                                          */s/*Pamela Cheeseborough
                                          Pamela Cheeseborough