No. 23-15087

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

COALITION ON HOMELESSNESS, et al.,

*Plaintiffs-Appellees,*

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the Northern District of California
No. 4:22-cv-05502-DMR
Hon. Donna M. Ryu

**RESPONSE TO DEFENDANTS-APPELLANTS' MOTION
TO WITHDRAW THEIR MOTION TO STAY
THE ISSUANCE OF THE MANDATE AS MOOT**

Plaintiffs-Appellees do not oppose the City of San Francisco's motion to withdraw its motion to stay the issuance of the mandate. Dkt. 102. Nevertheless, Plaintiffs-Appellees highlight here that this Court's grant of an extension of time for the City to file a petition for rehearing does not automatically extend the time for issuing the mandate. *See United States v. Barela*, 571 F.2d 1108, 1111 n.4 (9th Cir. 1978) (Ferguson, J., dissenting) (noting that "the mere filing of a motion seeking an extension of time for rehearing or *an order granting such an extension* does not operate to delay

1

issuance of the mandate" (emphasis added)) (citing 16A Charles Wright & Arthur Miller, Federal Practice & Procedure § 3987 (5th ed.)); *see also, e.g.*, *United States v. Youpee*, 9 F.3d 1555 (9th Cir. 1993) (unpublished) (noting that this Court denied motion to stay the mandate but still granted additional time for petition for rehearing); *Davis v. United States*, 643 F. App'x 19, 22 (2d Cir. 2016) (observing that petitioner's "timely motion for an extension was not received until well after the mandate issued").

Accordingly, regardless of the extension granted with respect to the City's petition for rehearing, this Court maintains the power to "shorten or extend the time" for issuing the mandate "by order." Fed. R. App. Proc. 41(b). And, as previously explained (Dkt. 101), there are good reasons here for the Court to decide, in its "sound discretion," to issue the mandate in the ordinary course. *Bryant v. Ford Motor Co.*, 886 F.2d 1526, 1528 (9th Cir. 1989).

Date: January 29, 2024   Respectfully submitted,

/s/ Neil K. Sawhney
Neil K. Sawhney
ACLU FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
(415) 293-6333
nsawhney@aclunc.org

*Counsel for Plaintiffs-Appellees*

## CERTIFICATE OF COMPLIANCE

I certify that this response contains 257 words, excluding the items exempted by Fed. R. App. P. 32(f). I certify this response complies with the length limits set forth in Fed. R. App. P. 27(d)(2) and Ninth Circuit Local Rule 27-1(1)(d). The response's type size and typeface comply with Fed. R. App. P. 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Garamond font.

Date: January 29, 2024

*/s/ Neil K. Sawhney*
Neil K. Sawhney
ACLU FOUNDATION OF NORTHERN CALIFORNIA

*Counsel for Plaintiffs-Appellees*