UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COALITION ON HOMELESSNESS; et al., | No. 23-15087 |
| Plaintiffs - Appellees, | D.C. No. 4:22-cv-05502-DMR<br>U.S. District Court for Northern California, Oakland |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; et al., | **MANDATE** |
| Defendants - Appellants. | |

The judgment of this Court, entered July 08, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT